**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

SUNIL OTTO KHERA,

Plaintiff,

v. No. 2:25-cv-00974-KG-GBW

WESTERN NEW MEXICO
UNIVERSITY, *et al*.,

Defendants.

**ORDER ADOPTING THE MAGISTRATE JUDGE'S PROPOSED FINDINGS AND RECOMMENDED DISPOSITION**

The Magistrate Judge filed his Proposed Findings and Recommended Disposition ("PFRD") on July 15, 2026. Doc. 36. The PFRD notified the parties of their ability to file objections within fourteen days, and that failure to do so waived appellate review. *Id*. at 9. To date, neither party has filed any objections, and there is nothing in the record indicating that the proposed findings were not delivered.

The Court concludes that the PFRD written by the Honorable Gregory Wormuth, Chief United States Magistrate Judge for the United States District Court for the District of New Mexico, is not clearly erroneous, arbitrary, obviously contrary to law, or an abuse of discretion, and the Court therefore adopts it.

**IT IS THEREFORE ORDERED AS FOLLOWS:**

1. The Magistrate Judge's Proposed Findings and Recommended Disposition (Doc. 36) are ADOPTED;
2. Plaintiff's Motion for Leave to File First Amended Complaint (Doc. 30) is GRANTED with respect to changing the name of Western New Mexico University to The Board of Regents of Western New Mexico University;

3. Plaintiff's Motion for Leave to File First Amended Complaint (Doc. 30) is DENIED WITHOUT PREJUDICE with respect to the other changes contained in the proposed amended complaint (*see* Doc. 30-1).

4. Defendant Western New Mexico University's Motion to Dismiss Pursuant to FRCP Rule 12(B)(1) (Doc. 16) is DENIED as MOOT;

5. Defendant Western New Mexico University is ORDERED to file a responsive pleading to the Amended Complaint (Doc. 5) with the name change within **twenty-one (21) days** of this order.

/s/Kenneth J. Gonzales___________________
CHIEF UNITED STATES DISTRICT JUDGE

- Please note that this document has been electronically filed. To verify its authenticity, please refer to the Digital File Stamp on the NEF (Notice of Electronic Filing) accompanying this document. Electronically filed documents can be found on the Court's PACER public access system.